AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:25mj3 | 1/8/25 11:54am | USPS |

Inventory made in the presence of: Inspector Wicks, Inspector Zwick

Inventory of the property taken and name of any person(s) seized:

- approximately 8813 grams of suspected marijuana
- 1 gps tracking device SN# 8882303296

FILED
Charlotte
Jan 09 2025
U.S. District Court
Western District of N.C.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/8/25

*Executing officer's signature*

Postal Inspector Justin Jenkins
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>Priority Mail Parcel Bearing Tracking<br>Number 9505 5131 8722 4361 4332 60<br>Currently Located at 2300 Yorkmont<br>Road, Charlotte, North Carolina 28217 | )<br>)<br>) Case No. 3:25mj 3<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A, incorporated by reference herein

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See attachment B, incorporated by reference herein

**YOU ARE COMMANDED** to execute this warrant on or before _____January 20, 2025_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____David C. Keesler, US Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __1/6/25  3:30 PM__        __[signature]__
                                                                                          *Judge's signature*

City and state:  _____Charlotte, North Carolina_____        _____Honorable David C. Keesler, US Magistrate Judge_____
                                                                                                        *Printed name and title*